**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00306-CV

### IN RE MARVIN WAYNE GRAVES, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 059700**

## ORDER

Relator has filed a petition for writ of mandamus contending that the trial court has failed to take action on his motion under Chapter 64 of the Texas Code of Criminal Procedure for forensic DNA testing and his subsequent motion for appointment of counsel to assist him with his motion under Chapter 64. So that this Court will have a complete record upon which it can rule on the petition for writ of mandamus, the Court **ORDERS** the Grayson County District Clerk to file a clerk's record by Friday, March 14, 2014 including any motions filed by relator in Trial Court Cause No. 059700 from January 1, 2012 forward related in any way to forensic DNA testing or any orders of the trial court on any such motion filed by relator.

/s/    MOLLY FRANCIS
        JUSTICE